UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:08-cr-165-JMS-KPF |
| | ) | |
| **DINA WEIN REIS,** | ) | -01 |
| a/k/a Dina Wein | ) | |
| a/k/a Dina Reis | ) | |
| a/k/a Dee Hammond | ) | |
| a/k/a Dee Toro | ) | |
| a/k/a Dee, | ) | |
| **SHERYL RAPORT,** | ) | -02 |
| a/k/a Shery Keness | ) | |
| **SUZANNE CARRICO,** | ) | -03 |
| **SARAH GOLDEN,** | ) | -04 |
| a/k/a Sarah Ribler | ) | |
| **CHAYA COOPER, and** | ) | -05 |
| **STEVE MANENTI,** | ) | -06 |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

The government represents on behalf of itself, Ms. Reis, and upon information and belief all the other defendants, that it has submitted to Ms. Reis's defense team all the paperwork it considers necessary to conclude Ms. Reis's case. Due to the complex nature of this matter, and vacation schedules of defense counsel, it is still under consideration by Ms. Reis. Ms. Reis and the government represent that they expect to have the matter completely resolved, if at all, by

April 15, 2011.  The government represents that is has all other defendants' cases completely resolved and will consummate those resolutions upon resolution of Ms. Reis's case.

        Respectfully submitted,

        TIMOTHY M. MORRISON
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C. § 515

By:   /s/ Winfield D. Ong
        Winfield D. Ong
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, Indiana 46204-3048
        Telephone: (317) 226-6333
        Fax: (317) 226-6125
        E-mail: Winfield.Ong@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on March 22, 2011,  a copy of the foregoing Status Report was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

**Jeffrey Allen Baldwin**
BALDWIN DAKICH & MAXWELL
jbaldwin@iquest.net

**Thomas A. Brodnik**
STARK DONINGER & SMITH
tbrodnik@sdsfirm.com

**J. Richard Kiefer**
BINGHAM MCHALE LLP
jrkiefer@binghammchale.com

**James H. Voyles**
VOYLES ZAHN PAUL HOGAN & MERRIMAN
jvoyles@vzphmlaw.com

**Robert W. Hammerle**
HAMMERLE & ALLEN
hammerleandallen@ameritech.net

**Joseph DiBlasi**
ARKIN KAPLAN RICE LLP
590 Madison Avenue, Suite 3500
New York City, NY 10022
jdiblasi@arkin-law.com

**Jessica L. Margolis**
WILSON SONSINI GOODRICK & ROSATI
jmargolis@wsgr.com

**Michael S. Sommer**
WILSON SONSINI GOODRICK & ROSATI
msommer@wsgr.com

Dorothy Ann Hertzel/Richard Kammen
GILROY, KAMMEN & HILL
doriehertzel@gmail.com
rkamm@iquest.net

            /s/ Winfield D. Ong
            Winfield D. Ong
            Assistant United States Attorney